UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LAKIND,<br><br>    Plaintiff,<br><br>    v.<br><br>JONES LANG LASALLE AMERICAS, INC.,<br><br>    Defendant. | No. 1:24-cv-01010-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 11) |

On February 26, 2025, the parties filed a joint stipulation dismissing Plaintiff David LaKind's individual claims without prejudice. (Doc. 11.) The stipulation does not address the putative class claims; therefore, those claims are also dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

In light of the parties' stipulation, Plaintiff's individual claims have been dismissed without prejudice, the putative class claims have been dismissed without prejudice, and this action has been terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii), (B); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 26, 2025**          /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE